Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

June 19, 2020

**VIA ECF**

Hon. Vera M. Scanlon, United States Magistrate Judge
United States District Court for the Eastern District of New York
Theodore Roosevelt United States Courthouse

Re: *Briones v. Timeworks Worldwide LLC et al*, 19 CV 5017 (PKC) (VMS)

Dear Judge Scanlon:

     This firm represents the plaintiff in the above-referenced action. The plaintiff writes on behalf of all parties. The plaintiff asks the Court to clarify whether all parties or just the plaintiff and plaintiff's attorney need to appear at the June 26, 2020, conference (as discussed at the prior settlement conference).

     I thank the Court for its time and attention to this matter.

Respectfully submitted,

*John Gurrieri*

John M. Gurrieri